### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS (PEORIA)

| | |
|---|---|
| Jason R. Sheldon and Steven Hunsberger, | ) |
| | ) Judge |
| Plaintiffs, | ) James E. Shadid |
| | ) |
| v. | ) Magistrate Judge |
| | ) Tom Schanzle-Haskins |
| State Farm Fire and Casualty Company, et al | ) |
| | ) Case No. 1:19-cv-01080 |
| Defendants. | ) |
| | ) |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Jenner & Block LLP ("Jenner & Block") hereby moves to withdraw the Appearance of Emma J. O'Connor on behalf of State Farm Fire and Casualty Company and State Farm Mutual Automobile Insurance Company, State Farm Life and Accident Assurance Company, and State Farm General Insurance Company ("Defendants"). As of April 16, 2021, Ms. O'Connor is no longer affiliated with Jenner & Block. Defendants will continue to be represented by Joseph J. Torres of Jenner & Block.

| | |
|---|---|
| Dated: April 19, 2021 | Respectfully submitted, |
| | |
| | By: /s/ Joseph J. Torres |
| | |
| | Joseph J. Torres |
| | JENNER & BLOCK LLP |
| | 353 N. Clark St. |
| | Chicago, Illinois 60654 |
| | Telephone: 312 222-9350 |
| | Facsimile: 312 923-2385 |
| | jtorres@jenner.com |
| | |
| | Attorney for Defendants |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on April 19, 2021, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to all counsel of record:

/*s/ Joseph J. Torres*
Joseph J. Torres