AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Jason R. Sheldon, Steven Hunsberger ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:19-cv-1080 JES-TSH |
| State Farm Mutual Automobile Insurance Co., et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                       .

Date:   06/15/2021                                       /s/ Katherine M. Funderburg
                                                         *Attorney's signature*

                                                 Katherine M. Funderburg, #6329702
                                                     *Printed name and bar number*
                                                         Jenner & Block LLP
                                                          353 N. Clark St.
                                                         Chicago, IL 60654

                                                              *Address*

                                                      kfunderburg@jenner.com
                                                          *E-mail address*

                                                          (312) 840-7398
                                                         *Telephone number*

                                                          (312) 527-0484
                                                            *FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Jason R. Sheldon, Steven Hunsberger )<br>*Plaintiff* )<br>v. )<br>State Farm Mutual Automobile Insurance Co., et al., )<br>*Defendant* ) | Case No.   1:19-cv-1080 JES-TSH |

CERTIFICATE OF SERVICE

I certify that on  06/15/2021 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

 D.G. Pantazis, Jr., Elizabeth C. Chavez, Robert M. Foote, Joseph J. Torres ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

.

/s/ Katherine M. Funderburg
*Attorney's signature*

Katherine M. Funderburg, #6329702
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
*Address*

kfunderburg@jenner.com
*E-mail address*

(312) 840-7398
*Telephone number*

(312) 527-0484
*Fax number*