# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| JASON R. SHELDON, STEVEN HUNSBERGER,   )  <br>   )  <br>   Plaintiffs,   )  <br>   )  <br>   v.   )  <br>   )  <br>STATE FARM MUTUAL AUTOMOBILE   )  <br>INSURANCE COMPANY, *et al.*,   )  <br>   )  <br>   Defendants.   )   | No. 1:19-cv-01080-JES-TSH |

## JOINT MOTION TO STAY PROCEEDINGS
## TO ALLOW SETTLEMENT DISCUSSIONS

Plaintiffs Jason Sheldon and Steven Hunsberger, and Defendants State Farm Mutual Automobile Insurance Company, State Farm Life and Accident Assurance Company, State Farm Fire and Casualty Company, and State Farm General Insurance Company (collectively, "the Parties"), respectfully request that this Court strike the pending deadlines and stay discovery and other proceedings in this matter for thirty (30) days, to allow the Parties to attempt to negotiate a settlement. In support of this motion, the Parties state:

1. On June 9, 2021, Plaintiffs filed a motion to compel discovery, specifically requesting that Defendants provide verified discovery responses and participate in a Rule 30(b)(6) deposition. (Dkt. 38.)

2. On August 16, 2021, after the Parties had completed briefing on Defendants' motion for judgment on the pleadings and Plaintiffs' motion for class certification, the Court issued an order granting the motion to compel, directing Defendants to provide verified interrogatory responses by August 30, 2021 and to complete a Rule 30(b)(6) deposition by September 15, 2021.

3.     On August 20, 2021, Plaintiffs sent Defendants a settlement demand.  Defendants responded on August 25, 2021, indicating that they were interested in exploring whether the Parties could reach a mutually-acceptable resolution of this matter.

4.     The Parties would like to focus their efforts on settlement negotiations and avoid the expense of additional discovery while discussions are ongoing.  The Parties therefore respectfully request that the existing deadlines be stricken and that this matter be stayed for thirty (30) days, with deadlines to be reset afterward, if necessary.

5.     The Parties believe that thirty (30) days will be sufficient to determine if they can successfully negotiate a settlement.  The Parties also suggest a deadline of September 27, 2021 to submit a joint status report, advising the Court on the outcome of settlement negotiations and proposing new deadlines if necessary.

6.     This motion is not made for purposes of delay, and the requested stay will not prejudice any party to this action.

WHEREFORE, the Parties respectfully request that the current deadlines, including the deadlines set forth in the Court's August 16, 2021 order, be stricken and that this matter be stayed for thirty (30) days, until September 24, 2021, and that this Court set a September 27, 2021 deadline for submitting a joint report to the Court on the status of settlement negotiations and a proposed schedule for moving forward.

| | |
|---|---|
| Dated: August 25, 2021 | Respectfully submitted, |
| JASON R. SHELDON and STEVEN HUNSBERGER | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; STATE FARM LIFE AND ACCIDENT ASSURANCE COMPANY; STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY |

By: _____/s/ D.G. Pantazis (w/consent)__
      One of Their Attorneys

D.G. Pantazis
Wiggins, Childs, Pantazis, Fisher & Goldfarb
The Kress Building
301 Nineteenth Street North
Birmingham, AL 35203
(205) 314-0557
dgpjr@wigginschilds.com

By: ___/s/ Joseph J. Torres_____
      One of Its Attorneys

Joseph J. Torres (Lead Counsel)
 Katherine M. Funderburg
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jtorres@jenner.com
kfunderburg@jenner.com