# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| JASON R. SHELDON, <br> STEVEN HUNSBERGER, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE <br> INSURANCE COMPANY, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:19-cv-01080-JES-TSH <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiffs, Jason Sheldon and Steven Hunsberger (collectively, the "Plaintiffs"), and Defendants, State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, State Farm Life and Accident Assurance Company, and State Farm General Insurance Company (collectively, the "Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree that all pending motions should be terminated as moot, and this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

 /s/ D.G. Pantazis
D.G. Pantazis
Elizabeth Chavez
*Attorneys for Plaintiffs*

**OF COUNSEL:**
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
(205) 314-0557
dgpjr@wigginschilds.com

Elizabeth C. Chavez, Esq.
FOOTE MIELKE CHAVEZ ONEIL
10 W. State Street Suite 200
Geneva, Illinois 60134
630-232-7450
ecc@fmcolaw.com

                                                      */s/ Joseph J. Torres*
                                                      Joseph J. Torres, Esq.
                                                      Katherine M. Funderburg
                                                      *Attorneys for Defendants*

Joseph J. Torres
Katherine M. Funderburg
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
jtorres@jenner.com
kfunderburg@jenner.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 25th day of October, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing generated by CM/ECF on all counsel of record.

                                                       */s/ D.G. Pantazis*
                                                       OF COUNSEL